IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03357-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.164.168.62,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 24, 2014.**

   The Unopposed Motion for Leave to Proceed Anonymously and for Protective Order [filed March 23, 2014; docket # 12], filed by Defendant John Doe Subscriber Assigned to IP Address 67.164.168.62, is **granted** as follows. The Defendant may proceed anonymously in this matter as "John Doe" only for the purpose of adjudicating any motion to quash or motion to dismiss. Likewise, solely for the purpose of adjudicating any motion to quash or motion to dismiss, the Defendant's personal identifying information shall not be disclosed publicly in connection with this matter. For the purposes described herein, all documents filed in this Court shall refer to the Defendant as "John Doe" and contain redactions of any of the Defendant's identifying information. Upon resolution of the motion to quash or motion to dismiss, should the Defendant perceive a need to continue proceeding anonymously in this case, he or she must then seek permission from the Court to continue proceeding anonymously.