IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-03357-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

WESTON DOBSON,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 30).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and all claims should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 30) is **APPROVED.**   All claims are **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.   The Clerk of the Court shall close this case.

Dated:   June 6, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE